## United States District Court
### Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | VA-19 |
| Violation Number | 8091675 |
| Officer Name (Print) | Bond |
| Officer No. | 109 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | State Code |
|---|---|---|
| 08/30/2019 1928 | 18.2-266 | X |

Place of Offense: Washington Blvd (In-Bound) adj Jefferson Ave, Ft Eustis, VA 23604

Offense Description: Driving Under the Influence

SPC / M / W / N / 27   H. Co, 1-222nd Avn Regt, 128th Avn Bde

**DEFENDANT INFORMATION**

Last Name: Steed
First Name: Cody
M.I.: L

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| FMW5334 | NC/20 | 19 | Hyundai Elantra | Black |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ Mand   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ Mand   Total Collateral Due

**YOUR COURT DATE**

Court Address: Federal Courthouse, 600 Granby Street, Norfolk, VA 23510
Date: 09/06/2019
Time: 0830

X Defendant Signature: [signed]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

I state that on August 30, 2019 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

At 1928 on 30 Aug 19, Unit 96 (BOND) was operating stationary LIDAR on Washington Blvd (In-Bound) adj. Jefferson Ave and observed a black in color 2019 Hyundai Elantra bearing NC/20 FMW5334 traveling on Washington Blvd in the right lane coming from the Main Gate at what appeared to be in excess of the posted speed limit. Unit 96 activated his handheld LIDAR and confirmed the Hyundai was traveling 42 MPH in a 30 MPH zone at 578 feet. A traffic stop was conducted and the driver was identified as SPC Cody L. STEED via his California driver's license. An Armed Forces Traffic Ticket was issued for the speed and during contact again, unit 96 detected an odor of a suspected alcoholic beverage emitting from the vehicle, the driver's speech was slurred and his eyes appeared to be bloodshot and glassy. SPC Steed verbally stated that he did not consume any alcoholic beverage(s) but the front seat passenger, who was identified as SGT Christopher D. KELLNER, stated that he drank some alcoholic beverages. SPC STEED was asked to exit the vehicle and unit 96 conducted a series of three Standardized Field Sobriety Tests on SPC STEED which indicated a level of impairment. SPC STEED verbally consented to a search of his breath and submitted to a Preliminary Breath Test (PBT) which indicated impairment. Unit 23 (BRADSHAW) searched, apprehended and transported SPC STEED to the Military Police Station for processing. SPC STEED was advised of the Implied consent statute, at which time SPC STEED consented to a search of his breath on the Intoximeter EC/IR II which indicated 0.12 Grams Per 210 Liters of Breath. SPC STEED was advised of his legal rights of which he invoked and the interview was terminated. SPC STEED was issued one CVB Form with a mandatory appearance in U.S. District Court on 6 Sept 19 and an on-post driving suspension memorandum effective for one year. SPC STEED was processed and released to his unit (SFC JOHNSON) on a DD Form 2708. The vehicle was towed by Pop's Towing and Recovery. SPC STEED is currently TDY at Ft Eustis for training but is stationed at Joint Base Lewis-McChord in Washington.

Attitude: Cooperative
Weather: Clear and Dusk approaching
Visibility: Clear with no obstructions
Road Surface: Dry
Traffic: Only vehicle on roadway
LIDAR: TruSpeed Sxb

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/30/2019   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident